UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert B. Matter,

        Plaintiff,

        Civil No. 05-643 (RHK/JJG)

v.

**ORDER**

Kerry, Inc., a foreign corporation d/b/a
Kerry Specialty Ingredients,

        Defendant.

---

Defendant's unopposed Motion for Continuance of Hearing Date (Doc. No. 23) is **GRANTED**; the Motion for Summary Judgment will now be heard at 8:00 a.m. on Monday, February 13, 2006 in St. Paul, Minnesota. Completion of the briefing for said Motion, however, will be based upon the original hearing date of January 31, 2006.

Dated: December 19, 2005

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge